# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANFRED ELANGWE, | * | |
| Petitioner, | * | |
| v. | * | No. 15-cv-12595-IT |
| STEVEN O'BRIEN, | * | |
| Respondent. | * | |

## ORDER

September 29, 2016

TALWANI, D.J.

Petitioner Manfred Elangwe's <u>Motion for Leave to Delete Unexhausted Claims in His Petition and to Proceed with the Exhausted Claims</u> [#40] is hereby GRANTED. Accordingly, Defendant Steven O'Brien's <u>Motion to Dismiss</u> [#24] is DENIED as moot. Defendant Steven O'Brien shall file an answer to the claims remaining in Petitioner's <u>Amended Petition</u> [#20] by October 27, 2016.

IT IS SO ORDERED.

Date: September 29, 2016 　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　United States District Court